IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DANNY FOSTER, SR., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:22cv69-MHT |
| ) | (WO) |
| WILLIAM M. GUILLOU, et ) | |
| al., ) | |
| ) | |
|    Defendants. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 8) are overruled in part and sustained in part as stated in the opinion.

(2) The United States Magistrate Judge's recommendation (Doc. 7) is adopted as modified in the opinion.

(3) This case is dismissed as follows:

    (a) Plaintiff's claims of false arrest, illegal search, and unlawful imprisonment are dismissed

with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

(b) Plaintiff's First Amendment claim and his conspiracy claim are dismissed without prejudice under 28 U.S.C. § 1915(e)(ii).

(c) Plaintiff's malicious-prosecution claim, to the extent he brings one, is dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of August, 2022.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE